No. 529. THOMSON ET AL. *v.* DANA ET AL.

Argued March 22, 1932. Decided March 28, 1932. *Per Curiam:* Decree affirmed. *Manchester* v. *Massachusetts,* 139 U. S. 240; *Lawton* v. *Steele,* 152 U. S. 133; *Miller* v. *McLaughlin,* 281 U. S. 261; *Wampler* v. *LeCompte,* 282 U. S. 172; *Lindsley* v. *Natural Carbonic Gas Co.,* 220 U. S. 61, 79, 80; *Crescent Cotton Oil Co.* v. *Mississippi,* 257 U. S. 129, 137; *Heisler* v. *Thomas Colliery Co.,* 260 U. S. 245, 255; *Whitney* v. *California,* 274 U. S. 357, 369, 370. *Mr. W. Y. Masters* for appellants. *Mr. Chester E. McCarty,* Assistant Attorney General of Oregon, with whom *Mr. I. H. Van Winkle,* Attorney General, was on the brief, for appellees.